

RECEIVED
OCT - 1 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| TIMOTHY HUGH QUEEN | CIVIL ACTION NO. 2:14-1113 |
| VERSES | JUDGE TRIMBLE |
| SHERIFF TONY MANCUSO | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus be **DENIED**.

**IT IS FURTHER ORDERED THAT** all pending motions (R. #6, 7, and 8) are **DENIED** as moot.

Signed in Lake Charles, Louisiana, on October 1, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE